UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUTHER ARTHUR HORN, III,
    Plaintiff,

vs.                                        Case No.:  3:23cv991/MCR/ZCB

MIKE ADKINSON, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a report and recommendation on January 12, 2024.  (Doc. 28).  The Court furnished the plaintiff a copy of the report and recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the report and recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 28) is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim.

3. The Clerk of Court must enter judgment in accordance with this order and close this case.

**DONE AND ORDERED** this 4th day of June 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**